McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 MJ 0383 KJM |
|---|---|---|
| | ) | 08-SW 0466 KJM |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR UNSEALING |
| v. | ) | ORDER; AND ORDER |
| LISA YEH, | ) | |
| Defendant. | ) | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008                     McGREGOR W. SCOTT
                                            United States Attorney

                                            By /s/ Robin R. Taylor
                                            ROBIN R. TAYLOR
                                            Assistant U.S. Attorney

1

1 | Application for Unsealing Order & Order
Page 2

ORDER

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate