**FILED**
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 2:08-mj-383 KJM |
| ) | |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Lisa Yeh,  ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Lisa Yeh__  Case _2:08-mj-383 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $50,000

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) _Probation conditions/supervision; surrender passport; travel restrictions_

Issued at _Sacramento, CA_ on _10/29/08_   at _4:22 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge